IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                                      4:18-CR-00178-001-JM-1

JAMES ROBINSON                                                                 DEFENDANT

## DEFENDANT'S MOTION FOR FURLOUGH TO ATTEND SON'S FUNERAL

COMES NOW, Defendant, James Robinson, by and through his attorney, Charles Hancock, and for his Motion For Furlough to Attend Son's Funeral, states as follows:

1. The Defendant's earlier history in this matter involves a plea of guilty to one charge of felon in possession of a firearm, on September 11, 2019, and he was sentenced to a term of thirty three months, followed by three years of supervised release. [Docs. 40, 42].

2. The Defendant served his prison sentenced and, while on supervised release, the USA petitioned this Court for a revocation of the Defendant's supervised release, based on various allegations of violations of laws and violations of conditions. [Doc. 46].

3. On November 10, 2021, after hearing, while represented by counsel, the Defendant was found to have violated the terms of his supervised release, his

supervised release was revoked, and he was sentenced to a term of eighteen months, anticipated to expire on July 14, 2023. [Doc. 65].

4. The Defendant is currently housed in the Pulaski County Jail, located at 3201 West Roosevelt Road, Little Rock, AR 72204.

5. The Defendant's namesake nineteen year old son died suddenly via gunshot on December 18, 2021.

6. Upon information and belief, the funeral service will be held at the Mt. Pleasant Baptist Church, 800 Mill Road, North Little Rock, AR 72117, on December 31, 2021, from noon – 2:00p.m. *See* Exhibit 1.

7. Upon information and belief, the interment ceremony will take place at Arkansas Memorial Garden, 8507 Arkansas Hwy 161, North Little Rock, AR 72117, from 3:00p.m.-4:00p.m. *See* Exhibit 1.

8. The Defendant requests a six hour furlough for him to attend his son's religious and interment services on December 31, 2021, from 11:00 a.m. until 5:00 p.m.

9. As the death of the Defendant's son was sudden, unexpected and tragic coupled with the fact that the Defendant is serving a sentence that will be served in about one and one-half years, the Defendant respectfully requests to attends his son's funeral as this is a once in a lifetime, unique, and tragic event. Any concern(s) by the USA should be assuaged by the escort of the

defendant by any US Marshals along with any other appropriate measures the Court found necessary to ensure the Defendant's compliance in attending his son's funeral in a peaceful and safe manner, for everyone involved. The Defendant's family has agreed to pay for any expenses attributed to US Marshal's accompanying the Defendant and /or arranging the logistics of a funeral furlough if this motion is granted and such costs are ordered.

10. All travel contemplated in the itinerary described in paragraph 8, should be completed within the prayed or duration of six hours. In any event, if granted by the Court, the Defendant understands he would have to end his attendance at any funeral event for his son on December 31, 2021, even if the events go longer than expected or there are other unforeseen circumstances, in order to comply with the six hours requested.

11. The USA objects to this motion for a funeral furlough.

WHEREFORE, Defendant, by and through counsel, Sharon Kiel, respectfully requests that he be granted a furlough on December 31, 2021, from 11:00 a.m. until 5:00 p.m. to attend the funeral of his son, comprised of the religious service and interment service, as described above.

                                        Respectfully submitted,

                                        BY:  /s/ Charles Hancock
                                        Charles Hancock (2001-022)
                                        Hancock Law Firm
                                        610 East 6th Street

Little Rock, AR 72202  
501.372.6400 voice  
501.372.6401 facsimile  
Hancock@hancocklawfirm.com

## **CERTIFICATE OF SERVICE**

   I certify that a copy of the foregoing was electronically served on counsel for the co-defendants and the following via CM/ECF this 23rd day of December 2021:

Stephanie Mazzanti  
Stephanie.Mazzanti@usdoj.gov