*Superior Funeral Services*
*5017 East Broadway*
*North Little Rock, Arkansas 72117*
*PH# (501) 945-9922 Fax# (501) 945-9933*

December 22, 2021

Sharon Kiel, please accept notice of the passing of Mr. James Robinson Jr. On 12/18/2021 in Jacksonville, Arkansas. The son of Mr. James Robinson Sr. His wake (family hour) will be held December 30th from 5:00 to 7:00 P.M. at Mt. Pleasant Baptist Church

800 Page Mill Rd. North Little Rock, Ar. 72117. AND homegoing service ;December 31st at 12:00 P.M. held at Mt. Pleasant Baptist Church 800 Page Mill Rd. North Little Rock, Arkansas 72117.

Cemetery information is Arkansas Memorial Garden

8507 Arkansas Hwy 161 North Little Rock, Ar. 72117

Repast following interment held at 800 Page Mill Rd. North Little Rock, Ar.

If I can be of any other help please feel free to contact me.

Trudean Brown F.D.

Exhibit 1