IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA )
                                                  )
v.                                                )    No. 4:18CR00178-JM
                                                  )
JAMES ROBINSON                       )

## <u>UNITED STATES' RESPONSE IN OPPOSITION</u>

The United States by and through Jonathan D. Ross, United States Attorney, and Stacy R. Williams for Stephanie Mazzanti, Assistant United States Attorney, for its Response in Opposition to Defendant's Motion to for Furlough to Attend Funeral:

1.      On September 11, 2019, Defendant James Robinson was sentenced to thirty-three months of imprisonment followed by three years of supervised release for possessing a firearm as a felon in violation of 18 U.S.C. § 922(g)(1). (Doc. No. 42).

2.      Mr. Robinson's term of supervised release began on July 15, 2020. On October 26, 2021, the United Stated moved to revoke Mr. Robinson's supervised released *inter alia*, based upon an arrest for aggravated assault on a family or household member. (Doc. No. 26).

3.      On November 3, 2021, Magistrate Judge J. Thomas Ray held a detention hearing and detained the defendant, stating, "Given Robinson's long history of committing crimes of violence, including seven instances of domestic abuse against his wife . . . the evidence [Robinson] presented during the bond hearing fell well short of the kind of clear and convincing evidence required to all him to be released." (Doc. No. 61).

4.      On November 10, 2021, this Court revoked the defendant's supervised release and sentenced him to 18 months' imprisonment, re-imposing the previous term of supervise release scheduled to expire on the original date from the original judgment. (Doc. No. 65).

1

5.     On December 27, 2021, the defendant filed a motion for furlough to attend his son's funeral. (Doc. No. 67). The United States opposes the request to attend the funeral as the violation that led to his revocation included violence, specifically aggravated assault on his wife. The defense proposes that Mr. Robinson be escorted to the funeral by the United States Marshal Service (USMS) at his own expense. However, the USMS has a deathbed visit and funeral policy, attached as Exhibit A. This policy strictly prohibits prisoner attendance at funerals. Accordingly, the USMS cannot accompany the defendant to the funeral.

Therefore, the United States respectfully requests that the Defendant's motion for furlough to attend his son's funeral be denied.

Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By: STACY R. WILLIAMS for
STEPHANIE MAZZANTI
Assistant United States Attorney
Bar Number 2011081
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600
Stacy.Williams@usdoj.gov