

f. **Deathbed Visits, Private Viewings and Other Special Situations:** Deathbed visits, private viewings, and other special situations are prohibited unless a court order directing the USMS to produce a prisoner has been obtained by the prisoner or prisoner's attorney prior to the production. Prisoner attendance at funerals is strictly prohibited. The USMS will notify BOP prior to producing a prisoner for a special situation when the prisoner is on a Writ of Habeas Corpus or an Attorney Special Request (ASR) from BOP. When a special production of a prisoner has been ordered by the courts, the procedures below will be followed:

1) A security check with local law enforcement and the arresting agency will be made to determine if any family member or associate is a fugitive, or if such persons would pose a threat to the prisoner or the deputies;

2) An "advance" of the destination should be conducted, if appropriate;

3) The prisoner will be fully restrained;

4) District management will determine the length of the visit, up to a maximum of one (1) hour. The visit may be terminated at any time if conditions indicate a safety or security risk. The private viewing or visitation will be limited to the prisoner, the transporting deputies, the funeral director or medical personnel, and the deceased or critically ill. It may be advisable to have the deceased brought by the funeral director to an alternate location for viewing;

5) There will be no advance notice to the prisoner concerning the date or time of the visit;

6) A minimum of one-on-one plus one deputy will be used on any aforementioned detail. The detail may be augmented with additional deputies at the discretion of district management; and

7) Payment of the costs of USMS personnel and transportation will be sought prior to each deathbed visit, viewing, and other special situations.